IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANUSHA BHOGARAJU, and PAVAN KUMAR AKKARAJU, <br><br>　　　　　　Plaintiffs, <br><br>　vs. <br><br> UNITED STATES OF AMERICA, ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; MERRICK B. GARLAND, Attorney General of the United States, in his official capacity as well as his successors and assigns; UR M. JADDOU, Acting Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; LOREN K. MILLER, Director of USCIS Nebraska Service Center, in his official capacity as well as his successors and assigns; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br>　　　　　　Defendants. | **4:21CV3283** <br><br> **ORDER TO SHOW CAUSE** |

　　　Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiffs have not filed a return of service indicating service on Defendants United States of America, Alejandro Mayorkas, Merrick B. Garland, Ur M. Jaddou, Loren K. Miller, or the United States Department of Homeland Security, and Defendants have not voluntarily appeared.

　　　Accordingly,

IT IS ORDERED that plaintiff shall have until February 10, 2022 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 20th day of January, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge